Submitted November 16, 1982. George Gershenfeld, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.

456 A.2d 1091

Commonwealth v. Powell, Appellant.

Submitted September 20, 1982. John Dale Kuhn, Public Defender, for appellant; Samuel E. Teeter, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.

456 A.2d 1092

Commonwealth v. Smith, Appellant.

Submitted May 20, 1982. John H. Corbett, Jr., Public Defender, for appellant; Robert

L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, CIRILLO and VAN der VOORT, JJ.

Judgment of sentence affirmed.

---

456 A.2d 1092

Commonwealth v. Smith, Appellant.

Petition for Allowance of Appeal
Denied May 12, 1983.

Argued September 21, 1981. John J. O'Brien, for appellant; David E. Fritchey, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Judgment of sentence affirmed.

---

456 A.2d 1092

Commonwealth, Appellant v. Smith.

Argued September 15, 1982. William A. Helm, District Attorney, for Commonwealth, appellant; John B. Schaner, for appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Order affirmed.